ACCEPTED
14-15-00459-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 11:08:33 AM
CHRISTOPHER PRINE
CLERK

CAUSE NUMBER: 14-15-00459-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 11:08:33 AM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS FOR THE

FOURTEENTH JUDICIAL DISTRICT

AT HOUSTON, TEXAS

GABRIEL GARCIA,

APPELLANT

VS.

DUCLE GARCIA,

APPELLEE.

## MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Appellant, Gabriel Garcia, moves this court to grant an extension of time to file Appellant's Brief, and respectfully states:

1. Appellant's Brief is due to be filed with this Court on December 2, 2015.

2. Appellant, Gabriel Garcia, seeks a thirty (30) day extension of time to file Appellant's Brief, which would make Appellant's Brief due on or before January 2, 2016.

1

3. This extension of time is necessary because the court reporter's record by Angelia Singleton was not completed until November 2, 2015, and, to date, she has not provided any copy of this record to the undersigned counsel for Appellant. (Please see **Attached Exhibit A and B**).

4. This extension of time is necessary because the undersigned counsel underwent a major surgery in July of 2015, which was more extensive than anticipated. Therefore, undersigned additional time is needed to complete Appellant's brief.

5. This extension of time is necessary because the record in this case is very large as the appeal arises from a four-day trial, and the issues are moderately complex. Therefore, upon receipt of the entire reporter's record, additional time is needed to adequately prepare the arguments in this case.

6. This is the first extension of time that Appellant, Gabriel Garcia, has sought for the filing of the Appellant's Brief after the deadline was set.

For these reasons, Appellant Gabriel Garcia respectfully requests that this Court render an Order extending the time for filing Appellant's Brief to and including January 2, 2016. Appellant Gabriel Garcia also requests any other relief to which he may be entitled.

2

Dated: November 16, 2015

Respectfully submitted,

By: _____
SHARON E. HERNANDEZ
SBOT 24090162
2180 N. Loop West, Suite 100
Houston, Texas 77018
Phone: 646-431-6938
Fax: 713-802-9174
Email: txnylaw@yahoo.com

ATTORNEY FOR APPELLANT
GABRIEL GARCIA

**CERTIFICATE OF SERVICE**

I certify that on November 16, 2015, I served via Email a copy of this *Motion to Extend Time for Filing Appellant's Brief* to the following counsel for Respondent-Appellee, Dulce Beker, at the Email address of fabiomerrill@aol.com:

FABIO & MERRILL
Twelve Greenway Plaza, Suite 101
Houston, Texas 77046
fabiomerrill@aol.com

Dated: November 16, 2015

By: _____
SHARON E. HERNANDEZ
SBOT 24090162
2180 N. Loop West, Suite 100
Houston, Texas 77018
Phone: 646-431-6938
Fax: 713-802-9174
Email: txnylaw@yahoo.com
ATTORNEY FOR GABRIEL GARCIA

3

## CERTIFICATE OF SERVICE

I certify that on November 16, 2015, I served via Email a copy of this *Motion to Extend Time for Filing Appellant's Brief* to the following co-counsel for Petitioner-Appellant, Gabriel Garcia, at the Email address of janrcohen@gmail.com:

Ms. Jan R. Cohen
Office of Jan R. Cohen
Attorney at Law
3040 Post Oak Boulevard, Suite 1020
Houston, Texas 77056
janrcohen@gmail.com

Dated: November 16, 2015

By: _____
SHARON E. HERNANDEZ
SBOT 24090162
2180 N. Loop West, Suite 100
Houston, Texas 77018
Phone: 646-431-6938
Fax:   713-802-9174
Email: txnylaw@yahoo.com
ATTORNEY FOR GABRIEL GARCIA

## CERTIFICATE OF COMPLIANCE

I certify that this document is in compliance with Rule 9 of the Texas Rules of Appellate Procedure. This document is 4 pages in length, without Exhibits, and contains 546 words.

SHARON E. HERNANDEZ

4

Exhibit A

SHARON E. HERNANDEZ
Attorney at Law
SBOT 24090162
2180 N. Loop West, Suite 100
Houston, Texas 77018
Phone: 646-431-6938
Fax: 713-802-9174
Email: txnylaw@yahoo.com

Date: November 12, 2015

To: Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002
Phone: 713-274-2800
Attention: Christopher A. Prine, Clerk

Re: Court of Appeals Number: **14-15-00459-CV**
Trial Court Case Number: 15-DC-223562

Style: **Gabriel Garcia v. Dulce Garcia**

Dear Clerk of the Court,

In response to the Notice dated November 2, 2015, stating that the Appellant's brief is due by December 2, 2015, please be advised that I still have not received a copy of the trial transcript from Ms. Angelia Singleton. I texted Ms. Singleton on November 2, 2015, requesting the transcript, however, to date, she still has not sent it to me. (See attached).

As I am out of town on business, please accept this letter as my request for a copy of the trial transcript recorded by Ms. Singleton to be copied onto the enclosed CD and mailed to my attention in the self-addressed, stamped envelope to the address below:

Sharon E. Hernandez
Attorney at Law
419 Lafayette Street – 6th Floor
New York, New York 10003

1

Thank you for your assistance in this matter. It is greatly appreciated. Should you have any questions or concerns, please feel free to contact me.

Sincerely,

By: _____
SHARON E. HERNANDEZ

CC: Mr. Gabriel Garcia

Attachment

Enclosures


**Thanks**
11:43 AM

— Mon, 11/02/2015 —

Hello, I received a postcard the you filed the reporters record in this appeal. 2010-19083, Garcia matter.

However, I have nor received a copy of the transcript. Please email the transcript to me at txnylaw@yahoo.com for Sharon Hernandez.

Thank you

6:36 PM

 Enter message

Exhibit B



# JUDICIAL BRANCH CERTIFICATION COMMISSION

## COMPLAINT FORM

**Submit Form To:**
Judicial Branch Certification Commission
Certification Division
PO Box 12066, Austin, TX 78711
(Office) 512-475-4368 (Fax) 512-463-1117

*To file a complaint against a Certified Court Reporter, a Court Reporting Firm, a Certified Guardian, a Certified Process Server or a Licensed Court Interpreter, you must complete this form. The Complainant's identity is not confidential. A copy of the complaint and any related documentation may be forwarded to the Respondent, including your name and contact information. The documents and information provided may be released to the public.*

### COMPLAINANT'S INFORMATION: You, as the complaining party

| | |
|---|---|
| **Name:** | Sharon E. Hernandez, Attorney at Law |
| **Mailing Address:** | 2180 N. Loop West, Suite 100 |

| **City:** | Houston | **State:** | TX | **Zip Code** | 77018 |
|---|---|---|---|---|---|
| **Daytime Phone:** | (646) 431-6938 | **Alternate Phone:** | | **Fax:** | (713) 802-9174 |
| **Email:** | txnylaw@yahoo.com | | | | |

### RESPONDENT'S INFORMATION: The person or firm you are complaining about

| | |
|---|---|
| **Name:** | Ms. Angelia Singleton |
| **Company or Firm:** | 257 Judicial District Court in Harris County, 201 Caroline, 16th Floor |
| **Mailing Address:** | 10203 Heather Hill Drive |

| **City:** | Houston | **State:** | TX | **Zip Code:** | 77086 |
|---|---|---|---|---|---|
| **Phone:** | (713) 449-4262 | **Fax:** | | | |

| | |
|---|---|
| **Email:** | ajhs64@gmail.com |
| **License, Certification, or Registration Number:** | 6509 |

### Please select the Respondent's certification, registration or license type:

- [x] **Court Reporter**
- [ ] **Court Reporting Firm**
- [ ] **Certified Guardian**
- [ ] **Certified Process Server**
- [ ] **Licensed Court Interpreter**

Ms. Singleton was the court reporter for a trial under Cause Number 2010-19083 in the 257 Judicial District Court in Harris County on January 15, 2015. That was the last day of trial. I have requested the transcript since February 10, 2015. I requested the transcript from her again, in person, on April 27, 2015, in the courtroom for Associate Judge Patterson. I spoke with her supervisor, Ms. Eunice Tillman, on several occasions who assured me that Ms. Singleton would provide the transcript.

Ms. Singleton filed the transcript for the trial date of January 15, 2015, on November 2, 2015, with the 14th Court of Appeals. However, she did not provide a copy to me even though I paid for it. I texted her on November 2, 2015, asking her to email the transcript to me at my email of txnylaw@yahoo.com. To date, she has not provided a copy to me.

_____
Complainant's Signature

November 4, 2015
Date

Judicial Branch Certification Commission
PO Box 12066, Austin, TX 78711
(Office) 512-475-4368 (Fax) 512-463-1117
(Website) www.txcourts.gov/jbcc (Email) jbcc@txcourts.gov